260 So.2d 668

**STATE of Louisiana**

v.

**Willie Charles WASHINGTON.**

**No. 52114.**

April 13, 1972.

Levy, Smith & Pailet, Adolph J. Levy, New Orleans, for defendant-appellant.

Jack P. F. Gremillion, Atty. Gen., Harry H. Howard, Asst. Atty. Gen., Jim Garrison, Dist. Atty., Louise Korns, Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

The defendant, Willie Charles Washington, appeals from a conviction of armed robbery, La.R.S. 14:64, for which he was sentenced to thirty (30) years in the state penitentiary.

The defendant perfected no bills of exceptions. We are, therefore, limited on appeal to a review of the pleadings and proceedings for discoverable error. La.C. Cr.P. art. 920; State v. Ash, 257 La. 337, 242 So.2d 535 (1971). We find none.

For the contentions argued on this appeal, his remedy is by appropriate post-conviction proceedings.

The conviction and sentence are affirmed.